# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

Rehearing No 545

3 October 2007

132329

CITY OF DETROIT,
        Plaintiff/Counter-Defendant/
        Appellee,

v

AMBASSADOR BRIDGE COMPANY
a/k/a DETROIT INTERNATIONAL BRIDGE
COMPANY,
        Defendant/Counter-Plaintiff/
        Appellant.

SC: 132329
COA: 257415
Wayne CC: 01-106546-CZ

_____

In this cause, a motion for rehearing is considered and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2008

_____
Clerk